BENJAMIN P. LECHMAN
California State Bar Number 185729
964 Fifth Ave. #320
San Diego, California 92101-5008
Telephone: (619) 699-5935

Attorney for Defendant Gevorgyan

FILED
08 MAY 22 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

NUNC PRO TUNC
MAY 21 2008

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KAMSAR GEVORGYAN,<br>Defendant. | CASE NO. 08CR1167-BEN<br><br>DATE: June 2, 2008<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br>(1) COMPEL FURTHER DISCOVERY; and<br>(2) LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, AND
REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on June 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Kamsar Gevorgyan ("Gevorgyan"), by and through his attorney Benjamin P. Lechman, will ask this Court to issue an order granting the motions listed below.

//

//

//

//

//

//

//

RECEIVED
NOV 3 1 2008

**MOTIONS**

The defendant, Mr. Gevorgyan, by and through his attorney, Benjamin P. Lechman, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1. Compel further discovery; and
2. Leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 19, 2008

s/Benjamin P. Lechman
**BENJAMIN P. LECHMAN**
Attorney for Defendant Gevorgyan