# Invoice # 3

June 30, 2008

Gayané Hagopian, Court Certified Interpreter # 301131
6235 Mary Ellen Avenue, Van Nuys, CA 91401
Telephone: 818.787.9709 Cell: 415 827 1447
gayane@gvhagopian.net
SS: 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

Federal Court, San Diego
880 Front Street
San Diego, CA 92101

**Order No.:**
**Type Of Assignment: Translation and transcription of recordings, total of five.**
**Language : ARMENIAN**
**Date / time : 6/11 - 6/26/08**
**Duration : full_day**
**Client : Federal Court**
**Handling Attorney/Contact name : Ben Lechman**
**Case Name : Kamsar Gevorgian**

1. Transcript # 1 from 95465012_Apr_10_2008_07_10_07_AM_8185071316.wav
**Approximately 6:28 minutes, 5 pages. $ 318.5**
2. TRANSCRIPT # 2: from 95465012_Apr_12_2008_20_07_01_PM_8185071316.wav
**Approximately 8:08 minutes, 5 pages. $364**
3. TRANSCRIPT # 3, from 95465012_Apr_14_2008_20_15_14_PM_8185071316.wav
**Approximately 15:36 minutes, 10 pages. $728**
4. Transcript # 4, from 95465012_Apr_15_2008_20_27_43_PM_8185071316.wav
**Approximately 11:13 minutes, 7 pages. $500.5**
5. Transcript # 5, from G0003168_Apr_03_2008_17_02_32_PM_8185071316.wav
**Approximately 6:46 minutes, 5 pages. $319**

**Total: $2,230**

Invoice # 2

June 30, 2008

**Gayané Hagopian, Court Certified Interpreter # 301131**
6235 Mary Ellen Avenue, Van Nuys, CA 91401
Telephone: 818.787.9709 Cell: 415 827 1447
gayane@gvhagopian.net
SS: 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

Federal Court, San Diego
880 Front Street
San Diego, CA 92101

Order No.:
Type Of Assignment: Attorney-Client Meeting
Language : ARMENIAN
Date / time : 6/30/08 @ 11:00 AM
Duration : full_day
Location : MCC
San Diego, CA
Client : Federal Court
Handling Attorney/Contact name : Ben Lechman
Case Name : Kamsar Gevorgian

Full day rate $364
Travel: 7-10:30am & 12:45-3:35pm at overtime rate $51 per hour 6 hours & 20 min x $51 = $323
Mileage: 135 ml x2 x 0.50.5 cents = $136.35
Parking: $2.25
Total: $825.60