# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER **08cr1167-Ben**
                                       )
vs                                     )  ABSTRACT OF ORDER
                                       )
**Kamsar Gevorgyan**                   )  Booking No. _____
                                       )
                                       )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __**8/5/08**__

the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
       _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed. **as to dft's 2 & 3 only**

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                          **JAN M. ADLER**
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

                                                    OR
Received _____                       W. SAMUEL HAMRICK, JR.  Clerk
         DUSM                             by
                                             **Rhea Rhone**
                                                Deputy Clerk

Crim-9  (Rev 6-95)                                       ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY                                      R. Rhone