**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
KAMSAR GEVORGYAN (3),
Defendant.

CASE NO. 08cr1167-BEN

**JUDGMENT OF DISMISSAL**

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VMX DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21:84(A)(1); 18:2 AND 21:952 AND 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/5/08

JAN M. ADLER
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 8/11/08

United States Marshal

By: ____________
USMS Criminal Section

ENTERED ON ____________